UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 6:08-cr-228-JA-LHP-5

RAMON GOITIA-MORA

## ORDER

Before the Court is Defendant Ramon Goitia-Mora's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). (Doc. 650). Goitia-Mora seeks a sentence reduction under Amendment 821 to the Sentencing Guidelines, which applies to certain zero-point offenders and limits the use of status points. *See United States v. Arroyo-Mata*, 730 F. Supp. 3d 1323, 1323 (N.D. Ga. 2024) (stating that Amendment 821 "provides a two-offense level reduction for defendants with zero criminal history points"); *see also United States v. Vente-Orobio*, No. 19-20042-CR, 2024 WL 1016110, at *2 (S.D. Fla. Mar. 8, 2024).

The Federal Public Defender, who was appointed for this proceeding, submits a memorandum (Doc. 657), detailing that Goitia-Mora is ineligible for a sentence reduction because while he would only receive one status point under Amendment 821[1]—resulting in a criminal history category of V rather than VI

---

[1] "At sentencing, [Goitia-Mora] received 11 criminal history points plus two 'status points' for a total of 13 points, which was a criminal history category VI." (Doc. 657 at 2)

and an amended guideline range of 235 to 293 months—"the Court already departed to a criminal history V at sentencing and imposed the low end 240 months of his amended guideline range[.]" (*Id.* at 2–3). Indeed, while Goitia-Mora would receive one status point and have a criminal history category of V under the amendment, he was sentenced at a criminal history category V and received a sentence that falls within the low-end of the amended guideline range. *United States v. Harris*, No. 5:22-CR-29-GAP-PRL, 2024 WL 3330333, at *2 (M.D. Fla. June 20, 2024) (finding the defendant ineligible for a sentence reduction under Amendment 821 where his current sentence [was] equal to the low-end of the amended guideline range"), *report and recommendation adopted,* No. 5:22-CR-29-GAP-PRL, 2024 WL 3328642 (M.D. Fla. July 8, 2024).

Thus, Goitia-Mora's motion for a sentence reduction (Doc. 650) is **denied**.

**DONE** and **ORDERED** on September 24, 2025.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Ramon Goitia-Mora
Counsel for Defendant